IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PEACE ELLUVASUN ALLAH CUSH-EL,   )
                                 )
         Plaintiff,              )
                                 )
    v.                           )     1:14CV756
                                 )
JUDGE MARY COVINGTON, et al.,    )
                                 )
         Defendant(s).           )

**ORDER**

On September 9, 2014, the Recommendation of the United States Magistrate Judge was filed (Doc. 3) and notice was served on the parties pursuant to 28 U.S.C. § 636(b). Plaintiff filed several documents in response. (Docs. 5, 6, and 7.)

The court has conducted a review of those portions of the Recommendation to which objection was made and has made a *de novo* determination. The court's review is in accord with the Recommendation.

IT IS THEREFORE ORDERED that to the extent Plaintiff's objections contain a motion to amend (see, e.g., Doc. 5 at 1), they are DENIED for the same reasons noted by the Magistrate Judge in the Recommendation.

IT IS FURTHER ORDERED that this action be DISMISSED pursuant to 28 U.S.C. § 1915A for being frivolous or malicious and for failing to state a claim upon which relief may be granted, as well as for

seeking monetary relief against a defendant who is immune from such relief.

                                         /s/   Thomas D. Schroeder
                                      United States District Judge

October 2, 2014